IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-319-FDW-DCK

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Not-For-Profit Corporation, and OWEN HARTY, Individually, | ) ) ) ) |
| Plaintiffs | ) ) |
| v. | ) **ORDER** |
| KPN HOTELS, LLC, a Georgia Limited Liability Company, | ) ) ) ) |
| Defendant. | ) ) |

      **THIS CAUSE** coming on to be heard and being heard on Application For Admission To Practice *Pro Hac Vice* (Document No. 5) filed July 25, 2008, and it appearing that good grounds exist for the Motion to be granted,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

      Lawrence A. Fuller of the firm Fuller, Fuller & Associates, P.A. be and hereby is admitted to this Court *pro hac vice*.

Signed: August 12, 2008

David C. Keesler
United States Magistrate Judge